**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NII HOLDINGS, INC., et al., | ) | Case No. 02-11505 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### O R D E R

AND NOW, this **25TH** day of **OCTOBER, 2002** upon consideration
of the Motion of the Acting United States Trustee Pursuant to 11
U.S.C. §§ 1125(b), 1126(b), 1126(d) and 1126(e) For An Order
(1) Designating Persons Who Executed Lock-Up Agreements,
(2) Directing that the Ballots Cast by Such Persons Not be
Counted, (3) Imposing Sanctions, and/or (4) Granting Other
Relief, and the objection thereto by the Debtors and after
consideration of the evidence and arguments of the parties at the
hearing held on the Motion on October 22, 2002, it is hereby

ORDERED that the Motion is hereby **GRANTED**; and it is further

**ORDERED** that the ballots cast by Motorola Corporation and by
the Noteholders who delivered Lock-Up and Voting Agreements to
the Debtors post-petition are hereby designated pursuant to 11
U.S.C. § 1126(e) as having not been solicited in accordance with
the provisions of te Bankruptcy Code and, specifically, the
provisions of 11 U.S.C. § 1125(b) and, accordingly, shall not be

counted for purposes of considering confirmation of the Debtors'
Plan of Reorganization.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge